**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
  BRIAN TOTIN,

                Plaintiff,

                                                                 20 **CIVIL** 10164 (JPO)

          -against-                                    **DEFAULT JUDGMENT**

WE FIND PROPEPRTIES INC.,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED, AND DECREED**, That pursuant to the Court's Order dated April 7, 2021, Totin's case is clear: he owned the copyright to certain images, and We Find infringed those copyrights. Thus, Totin's motion for default judgment is GRANTED, and judgment is entered in favor of Plaintiff and against Defendant as follows: (1) statutory damages in the amount of $7,050 and (2) costs in the amount of $519.57; accordingly, this case is closed.

**DATED**: New York, New York
             April 8, 2021

                                                     **RUBY J. KRAJICK**
                                                     **Clerk of Court**
                                             **BY**:_____
                                                      **Deputy Clerk**